No. 47158.—Protest 80875–K of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the electric Christmas wreaths in question similar to those the subject of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188) were held dutiable at 35 percent under paragraph 353 as articles having as an essential feature an electrical element or device, as claimed.